UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA ) 
 )
vs. ) No. 07 CR 50058
 ) Violations: Title 18, United States
CHARLES O. EUBANKS, ) Code, Sections 924(c)(1)(A) and 1951(a)
    also known as "Chuckie," )
    also known as "Trouble," )
MICHAEL JACKSON, )
    also known as "Way Way," )
THOMAS L. HAWKINS, )
    also known as "T-Boy," )
MARTEL D. MULLINS, )
    also known as "Foe Baby," and )
MARK O. COOPER )

FILED
NOV 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

Between at least July 3, 2007 and August 2, 2007, at Rockford, in the Northern District of

Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble,"
MICHAEL JACKSON,
also known as "Way Way,"
THOMAS L. HAWKINS,
also known as "T-Boy,"
MARTEL D. MULLINS,
also known as "Foe Baby," and
MARK O. COOPER,

defendants herein, did conspire with each other and with others, known and unknown to the Grand

Jury, to commit robberies which obstructed, delayed and affected commerce and the movement of

articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, in

that the defendants, by use of actual and threatened force, violence, and fear of injury to the persons

of employees of several Rockford businesses known to the grand jury, took and attempted to take from the presence of said employees, property belonging to, and in the custody, control, and possession of the businesses, which were then engaged in the purchase and sale of items in interstate commerce.

In furtherance of the conspiracy and to accomplish its unlawful objectives, the defendants committed and caused to be committed the following overt acts, among others, in the Northern District of Illinois:

(a)     on or about July 3, 2007, one or more of the defendants robbed West State Food Mart, 2907 West State Street, Rockford, Illinois;

(b)     on or about July 7, 2007, one or more of the defendants robbed Chase 8 Auto Sales, 1711 Broadway, Rockford, Illinois;

(c)     on or about July 13, 2007, one or more of the defendants robbed Soto's Jewelry, 1126 South Main Street, Rockford, Illinois;

(d)     on or about July 16, 2007, one or more of the defendants robbed Checks For Cash, 2949 11th Street, Rockford, Illinois;

(e)     on or about July 20, 2007, one or more of the defendants robbed Victory Lane Auto Sales, 2805 11th Street, Rockford, Illinois;

(f)     on or about July 27, 2007, one or more of the defendants robbed RB's Auto Sales, 2701 11th Street, Rockford, Illinois;

(g)     on or about July 31, 2007, one or more of the defendants robbed Engelwood Beauty Supply, 515 Marchesano Drive, Rockford, Illinois; and

2

     (h)     on or about August 2, 2007, one or more of the defendants robbed Soto's Jewelry,

1126 South Main Street, Rockford, Illinois;

     All in violation of Title 18, United States Code, Section 1951(a).

3

## COUNT TWO

The DECEMBER 2006 GRAND JURY further charges:

On or about July 3, 2007, at Rockford, in the Northern District of Illinois, Western Division,

MICHAEL JACKSON,
also known as "Way Way,"
THOMAS L. HAWKINS,
also known as "T-Boy," and
MARTEL D. MULLINS,
also known as "Foe Baby,"

defendants herein, did commit a robbery which obstructed, delayed and affected commerce and the

movement of articles and commodities in commerce, as defined in Title 18, United States Code,

Section 1951, in that the defendants, by use of actual and threatened force, violence, and fear of

injury to the person of a West State Food Mart employee known to the grand jury, took from the

presence of said employee, property consisting of United States currency belonging to, and in the

custody, control, and possession of West State Food Mart, 2907 West State Street, Rockford, Illinois,

a business then engaged in the purchase and sale of groceries and other products in interstate

commerce;

In violation of Title 18, United States Code, Section 1951(a).

4

## COUNT THREE

The DECEMBER 2006 GRAND JURY further charges:

On or about July 3, 2007, at Rockford, in the Northern District of Illinois, Western Division,

MICHAEL JACKSON,
also known as "Way Way,"
THOMAS L. HAWKINS,
also known as "T-Boy," and
MARTEL D. MULLINS,
also known as "Foe Baby,"

defendants herein, during and in relation to a crime of violence, namely the offense described in

Count Two of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

5

## COUNT FOUR

The DECEMBER 2006 GRAND JURY further charges:

On or about July 7, 2007, at Rockford, in the Northern District of Illinois, Western Division,

THOMAS L. HAWKINS,
also known as "T-Boy,"

defendant herein, did commit a robbery which obstructed, delayed and affected commerce and the

movement of articles and commodities in commerce, as defined in Title 18, United States Code,

Section 1951, in that the defendant, by use of actual and threatened force, violence, and fear of injury

to the person of a Chase 8 Auto Sales employee known to the grand jury, took from the presence of

said employee, property consisting of United States currency belonging to, and in the custody,

control, and possession of Chase 8 Auto Sales, 1711 Broadway, Rockford, Illinois, a business then

engaged in the purchase and sale of automobiles in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

6

## COUNT FIVE

The DECEMBER 2006 GRAND JURY further charges:

On or about July 7, 2007, at Rockford, in the Northern District of Illinois, Western Division,

THOMAS L. HAWKINS,
also known as "T-Boy,"

defendant herein, during and in relation to a crime of violence, namely the offense described in

Count Four of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

The DECEMBER 2006 GRAND JURY further charges:

On or about July 13, 2007, at Rockford, in the Northern District of Illinois, Western Division,

MICHAEL JACKSON,
also known as "Way Way,"

defendant herein, did commit a robbery which obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, in that the defendant, by use of actual and threatened force, violence, and fear of injury to the person of a Soto's Jewelry employee known to the grand jury, took from the presence of said employee, property consisting of jewelry belonging to, and in the custody, control, and possession of Soto's Jewelry, 1126 South Main Street, Rockford, Illinois, a business then engaged in the purchase and sale of jewelry in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

8

## COUNT SEVEN

The DECEMBER 2006 GRAND JURY further charges:

On or about July 16, 2007, at Rockford, in the Northern District of Illinois, Western Division,

THOMAS L. HAWKINS,
also known as "T-Boy,"

defendant herein, did commit a robbery which obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, in that the defendant, by use of actual and threatened force, violence, and fear of injury to the person of a Checks For Cash employee known to the grand jury, took from the presence of said employee, property consisting of United States currency belonging to, and in the custody, control, and possession of Checks For Cash, 2949 11th Street, Rockford, Illinois, a business then engaged in lending money in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

9

## **COUNT EIGHT**

The DECEMBER 2006 GRAND JURY further charges:

On or about July 20, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble," and
THOMAS L. HAWKINS,
also known as "T-Boy,"

defendants herein, did commit a robbery which obstructed, delayed and affected commerce and the

movement of articles and commodities in commerce, as defined in Title 18, United States Code,

Section 1951, in that the defendants, by use of actual and threatened force, violence, and fear of

injury to the person of a Victory Lane Auto Sales employee known to the grand jury, took from the

presence of said employee, property consisting of United States currency belonging to, and in the

custody, control, and possession of Victory Lane Auto Sales, 2805 11th Street, Rockford, Illinois, a

business then engaged in the purchase and sale of automobiles in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

10

## COUNT NINE

The DECEMBER 2006 GRAND JURY further charges:

On or about July 20, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble," and
THOMAS L. HAWKINS,
also known as "T-Boy,"

defendants herein, during and in relation to a crime of violence, namely the offense described in

Count Eight of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

11

## COUNT TEN

The DECEMBER 2006 GRAND JURY further charges:

On or about July 27, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble,"

defendant herein, did attempt to commit a robbery which obstructed, delayed and affected commerce
and the movement of articles and commodities in commerce, as defined in Title 18, United States
Code, Section 1951, in that the defendant, by use of actual and threatened force, violence, and fear
of injury to the person of a RB's Auto Sales employee known to the grand jury, attempted to take
from the presence of said employee, property belonging to, and in the custody, control, and
possession of RB's Auto Sales, 2701 11th Street, Rockford, Illinois, a business then engaged in the
purchase and sale of automobiles in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

12

## COUNT ELEVEN

The DECEMBER 2006 GRAND JURY further charges:

On or about July 27, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble,"

defendant herein, during and in relation to a crime of violence, namely the offense described in

Count Ten of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

13

## COUNT TWELVE

The DECEMBER 2006 GRAND JURY further charges:

On or about July 31, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble," and
MICHAEL JACKSON,
also known as "Way Way,"

defendants herein, did commit a robbery which obstructed, delayed and affected commerce and the

movement of articles and commodities in commerce, as defined in Title 18, United States Code,

Section 1951, in that the defendants, by use of actual and threatened force, violence, and fear of

injury to the person of an Englewood Beauty Supply employee known to the grand jury, took from

the presence of said employee, property consisting of United States currency belonging to, and in

the custody, control, and possession of Englewood Beauty Supply, 515 Marchesano Drive, Rockford,

Illinois, a business then engaged in the purchase and sale of beauty supplies in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

14

## COUNT THIRTEEN

The DECEMBER 2006 GRAND JURY further charges:

On or about July 31, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble," and
MICHAEL JACKSON,
also known as "Way Way,"

defendants herein, during and in relation to a crime of violence, namely the offense described in

Count Twelve of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

15

## COUNT FOURTEEN

The DECEMBER 2006 GRAND JURY further charges:

On or about August 2, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble,"
MICHAEL JACKSON,
also known as "Way Way," and
MARK O. COOPER,

defendants herein, did commit a robbery which obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, in that the defendants, by use of actual and threatened force, violence, and fear of injury to the person of a Soto's Jewelry employee known to the grand jury, took from the presence of said employee, property consisting of jewelry belonging to, and in the custody, control, and possession of Soto's Jewelry, 1126 South Main Street, Rockford, Illinois, a business then engaged in the purchase and sale of jewelry in interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIFTEEN

The DECEMBER 2006 GRAND JURY further charges:

On or about August 2, 2007, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES O. EUBANKS,
also known as "Chuckie,"
also known as "Trouble,"
MICHAEL JACKSON,
also known as "Way Way," and
MARK O. COOPER,

defendants herein, during and in relation to a crime of violence, namely the offense described in Count Fourteen of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

17

FILED

NOV 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

CHARLES O. EUBANKS, et al.

I N D I C T M E N T

Violation(s):  Title 18, United States Code,
Sections 924(c)(1)(A) and 1951(a)

A true bill.

_____
Foreman

Filed in open court this _____ day of _____ A.D. 200 7

_____
Clerk

Bail, $