UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 07 CR 50058 |
| ) | Judge Philip G. Reinhard |
| CHARLES O. EUBANKS, ) | (Magistrate Judge P. Michael Mahoney) |
|   also known as "Chuckie," ) | |
|   also known as "Trouble," ) | |
| MICHAEL JACKSON, ) | |
|   also known as "Way Way," ) | |
| THOMAS L. HAWKINS, ) | |
|   also known as "T-Boy," ) | |
| MARTEL D. MULLINS, ) | |
|   also known as "Foe Baby," and ) | |
| MARK O. COOPER ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

1)    Name: Charles O. Eubanks
       Date of Birth: 10/29/1987
       Sex: Male
       Race: Black

2)    Name: Michael Jackson
       Date of Birth: 7/24/1986
       Sex: Male
       Race: Black

3)    Name: Thomas L. Hawkins
       Date of Birth: 12/27/1985
       Sex: Male
       Race: Black

4)     Name:     Martel D. Mullins
       Date of Birth: 5/1/1988
       Sex:      Male
       Race:     Black

5)     Name:     Mark O. Cooper
       Date of Birth: 4/27/1987
       Sex:      Male
       Race:     Black

have been and now are, in due form and process of law, detained at the following institution:

WINNEBAGO COUNTY JAIL.

Your petitioner further represents to Your Honor that the said prisoners have been charged in the Western Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A), and are now wanted in such division and district on Monday, November 26, 2007, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| Kim R. Widup<br>United States Marshal<br>Northern District of Illinois<br>211 S. Court Street<br>Rockford, Illinois 61101 | Richard Meyers, Sheriff<br>Winnebago County Jail<br>650 West State Street<br>Rockford, Illinois 61102 |

commanding them to produce the bodies of the said prisoners before this Court at said time and on said date, and that when the said prisoners shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that CHARLES O. EUBANKS, MICHAEL JACKSON,

THOMAS L. HAWKINS, MARTEL D. MULLINS, and MARK O. COOPER be returned forthwith to said institution from which they were brought.

Respectfully submitted,

PATRICK J. FITZGERLAD
United States Attorney

By: *[signature]*
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444