## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - all | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. C. EUBANKS, M. JACKSON, T. HAWKINS, M. MULLINS, & M. COOPER | | |

**DOCKET ENTRY TEXT:**

USA's petition for writ of habeas corpus ad prosequendum as to Charles Eubanks, Michael Jackson, Thomas Hawkins, Martel Mullins and Mark Cooper returnable before Judge Mahoney on November 26, 2007 at 10:00 am is granted. Enter order. The clerk's office is directed to issue the writ.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|