## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1&2 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. CHARLES EUBANKS & MICHAEL JACKSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Counsel report defendants ready for transfer to Judge Reinhard.  Defendants are transferred to Judge Reinhard's calendar. Defendant's oral motion for an extension of time to May 14, 2008 to file pretrial motions is granted.  USA's oral motion for the time of May 8, 2008 to and including May 14, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set before Judge Reinhard for May 14, 2008 at 9:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|