# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Charles Eubanks | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Defendant's oral motion to reserve the right to file pretrial motions is granted.  Government's oral motion for the time of May 14, 2008 through and including May 23, 2008 to be deemed excludabe under 18 USC 3161(h)(1) [X-E] is granted.  Staus/Change of Plea Hearing set for May 23, 2008 at 9:30 a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | JT |
|---|---|---|