# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Charles Eubanks | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Status hearing for scheduling a date for a Jury Trial or Change of Plea Hearing set for May 28, 2008 at 9:00 a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | JT |
|---|---|---|