## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States vs. Eubanks | | |

**DOCKET ENTRY TEXT:**

Defendant, Charles Eubanks, who is represented by appointed counsel, has filed a "pro se" motion to withdraw his guilty plea. It is well-established, however, that a defendant who asserts his right to be represented waives his right to proceed pro se, Gregory-Bey v. Hanks, 332 F. 3d 1036, 1044 n. 12 (7th Cir. 2003), citing United States v. Johnson, 223 F. 3d 665, 668 (7th Cir. 2000), and such a represented defendant generally has no right to file a pro se brief, United States v. Boyd, 208 F. 3d 638, 641 (7th Cir. 2000). Accordingly, there being no exceptional circumstances present here, the court denies the motion to withdraw guilty plea without prejudice to defendant filing such a motion through his court-appointed counsel.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|