# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 | **DATE** | 8/13/2008 |
| **CASE TITLE** | United States vs. Eubanks | | |

**DOCKET ENTRY TEXT:**

The "amicus curiae motion" submitted by defendant's father and related to defendant's motion to withdraw his guilty plea is stricken as it is not impartial, see <u>Leigh v. Engle</u>, 535 F. Supp. 418, 420 (N.D. Ill 1982), and is otherwise unhelpful to the court, see <u>Voices for Choices v. Illinois Bell Telephone Co.</u>, 339 F. 3d 542, 544 (7th Cir. 2003).

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|