UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTICT OF ILLINOIS

**FILED**

AUG 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES O. EUBANKS, ) | |
| Petitioner, ) | |
| ) | Case No. 07 CR-50058-1 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondant. ) | |

MOTION FOR APPOINTMENT OF

INDEPENDENT INVESTIGATOR

NOW COMES, Charles O. Eubanks petitioner, petitions in good faith and in the matter of justice and the public reputation of the judicial process, moves this Honorable court to appoint an independent ivestigator from the University of Illinois at Chicago and/or any surrounding educational institutes of like qualification as the Court may deem appropriate to do an extensive investigation on how many State of Illinois criminal cases, that were relinquished over to the Federal Government for Federal Prosecution, where the Court will determine the following;

1) The age of the State Citizens.

2) The purported crimes by the State Citizens.

3) If there is a monetary scheme, where the State of Illinois receives

(1)

government funds for the relinquishing of State Citizens over to the federal government for federal prosecution and imprisonment.

4) What are the disparities between European State Citizens and African American State Citizens, that are relinquished over to the federal government for federal prosecution and imprisonment.

5) How many of these criminal cases involving the disparity of race, are relinquished from the State of Illinois over to the federal government for federal prosecution and imprisonment, on a yearly basis.

6) Petitioner moves this Honorable Court to specifically compel the Federal Government as well as the State of Illinois to show cause under what United States Constitutional Amendment or Statute and under whose authorization, are these individuals turned over to the Federal Government for federal prosecution and imprisonment.

WHEREFORE, upon the completion of this independent investigation, the facts that the federal and state governments systematic exclusions are conclusively revealed are true, then this Honorable Court is compelled to utilize it's vested power to insure that the selection process is fair and equal in how these State Criminal cases are chosen, and that they aren't motivated or manipulated solely based upon race, and upon the Court finding that this selection process is greatly one-sided, then the petitioner moves this Honorable Court to utilize it's vested power to right this constitutional and civil wrong in a fair equitable balance of justice, thereby changing the way this injustice is meted out upon a specific race/group of State Citizens Constitutional rights guaranteed in the Amendments of the Constitution.

RESPECTFULLY SUBMITTED

Charles O. Eubanks

## CERTIFICATE OF SERVICE

I, Charles O. Eubanks, petitioner in the above entitled cause certify that I caused three (3) copies of (Motion for appointment of independent investigator) to be sent via U.S. Postage Mail and/or hand delivered to the Clerk of the United States District Court for the Northern District of Illinois this Aug day of 14 2008.

Respectfully Submitted

Charles O. Eubanks

(3)

Mr. Charles O. Eubanks
P.O. Box 217
Oregon, IL 61061

Legal Mail

Clerk for
United States District C[ourt]
for the Northern District of
Illinois
211 Court Stre[et]
Rockford, IL 6110[1]

