## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 | **DATE** | 8/18/2008 |
| **CASE TITLE** | U.S.A. vs. Charles Eubanks | | |

**DOCKET ENTRY TEXT:**

Defendant's pro se motion for appointment of an independent investigator is stricken as he is represented by counsel (see order dated 8/7/2008).

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|