UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES O. EUBANKS,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>)<br>)<br>) Case No. 07-CR-50058-1<br>)<br>)<br>)<br>)<br>) |

FILED
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO WITHDRAW COUNSEL

NOW COMES, Charles O. Eubanks, Petitioner Pro Se, in the above entitled cause, in the interest of justice and the public reputation of the judicial process, moves this Honorable Court to withdraw counsel of record for the following reasons:

(1) Petitioner filed a formal complaint against counsel of record, August 10, 2008 with the Attorney Registration and Disciplinary Commission.

(2) Petitioner filing of complaint against counsel of record presents a conflict of interest in case No. 07-CR-50058-1.

(3) If Honorable Court refuse to grant motion to withdraw counsel petitioner asked this Honorable Court to compel counsel to file all motions filed by petitioner Pro Se.

1

(4)   Petitioner contends that counsel of record representation failed below adequate representation outlined in the Sixth Amendment of the Constitution of the United States. See Strickland v. Washington, 466 U.S. 674 at 682 (1984).

WHEREFORE for the reasons stated above Petitioner pray that this Honorable Court grant Petitioners motion to withdraw counsel.

RESPECTFULLY SUBMITTED

_____
Charles O. Eubanks Petitioner Pro Se

CERTIFICATE OF SERVICE

I, Charles O. Eubanks, Petitioner in the above cause certify under Penalty of Perjury that the information contained in the above motion is true and correct pursuant to Title 28 U.S.C. § 1746 and Title 18 U.S.C. § 1621 and that Petitioner caused <u>all</u> copie(s) to be forwarded to the adverse parties (Motion to Withdraw Counsel) via U.S. Postal Mail Prepaid from this County Jail this ___28___ day of ___August___, 2008.

RESPECTFULLY SUBMITTED

_____
Charles O. Eubanks

2