UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

---

CHARLES O. EUBANKS, )
          Petitioner, )

)

) Case No. 07-CR-50058-1

v. )

) **F I L E D**

)

) SEP 0 2 2008

UNITED STATES OF AMERICA, )

          Respondent. ) MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION TO SUPPLEMENT THE MOTION

TO WITHDRAW PLEA PURSUANT

TO FED. R. CRIM. PROC.

12(b)(2)

---

NOW COMES, CHARLES O. EUBANKS, Petitioner in aid of the constitution before this Court requesting Judicial Notice pursuant to Rule 12(b)(2) of the Fed. R. Crim. Proc. , which permits this Honorable Court to Notice a Jurisdictional Challenge, "at any time during the pendency of the proceedings." See United States v. Wolff, 241 F. 3d 1055, 1056-57 (8th Cir. 2001).

Motion to withdraw the plea is in fact challenging this Honorable Courts jurisdiction to prosecute in this cause, and this Petitioner hereby request that all proceedings be postponed to allow this Honorable Court to adjudicate the facts of said motion.

(1)

## CERTIFICATE OF SERVICE

I, CHARLES O. EUBAKS, hereby certify that all copie(s) of
the aforementioned (Motion to supplement motion to withdraw plea
pursuant to 12(b)(2)) to be forwarded to the Clerk of the United
States District Court for the Northern District of Illinois via
United States Postal Service prepaid this _2⊘_ day of
_August_ ,2008.

RESPECTFULLY SUBMITTED

CHARLES O. EUBANKS Petitioner

(2)