## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1 | **DATE** | 9/3/2008 |
| **CASE TITLE** | U.S.A. vs. Charles O. Eubanks | | |

**DOCKET ENTRY TEXT:**

Defendant, Charles O. Eubanks, who has an attorney, has filed numerous motions pro se. One of the motions is to have his counsel withdrawn. This motion is scheduled for a hearing on September 11, 2008 at 9:30 a.m. Defendant's counsel is to confer with him prior to the hearing. All other motions are held in abeyance.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|