TO: MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

August 28, 2008
PAGE 1

The Honorable Judge MR. Philip G. Reinhard

This Is <u>Charles O. Eubanks</u>, I am writting To you Today with A "SERIOUS" matter. you Always Tell me To Refer To my Counsel about my matters. Well my matter Is my Counsel "MR. David Brown". Myself And Mr. Brown have been having a Big conflict of Intrest Regarding my case, For 9months Mr. David Brown has been doing nothing for me. I believe, or shall I say, that MR. David Brown has been misleading me. MR. David Brown came to Visit me last week, And things Were Said once again that Strongly lead me to know That MR. Brown Is not here to defend my Best Intrest. I No Longer trust anything MR. Brown says, Nor do I want To Refer anything To MR. David Brown. Any evidence that Is beneficial to me He does not Ivestigate him-self, He go off what my co-defendent Lawyers tell you. MR. Brown Also have placed a personal block on his office phone within the Last 3 months, so I have No way To contact him myself, Not even through a prepaid phone Card. MR. Brown Also have lied To me, not once but several Times, he was Suppose To come down her August 27, 2008 or August 28, 2008 but he Never Showed. ~~Honor this~~ yourhonor This Is'nt the first time that MR. Brown has lied To me. He only Tells me That I have No win what so ever. I filed a motion To withdraw my plea And MR. Brown came down here and ask me what do I want To do, I want To hear my motion yourhonor, but not with MR. Brown Im filing Another

August 28, 08

motion thats Dated August 28, 2008 To withdraw counsel and I prayfully hope the Court grants my motion. Because I no longer want MR. David Brown To Represent me, so please please grant that motion for me. There Is nothing that I want To say or move forward with MR. David Brown. MR. Brown Is not trying To Help me, I barley see him, I have No way To contact him, MR. Brown Doesn't Return none of my family phone calls. So yourhonor Im begging The court To Remove MR. David Brown from my case, Im Also filing A lot of motion Pro Say, because I Am getting No help from my counsel. So I come to you and ask of you Please - Please handle this matter, so I can move on with my case. I would've never Signed my plea agreement If I would've known I was waiving my Rights To Appeal my case, MR. David Brown Informed me That, I wouldn't Be waiving my Rights, But now that I understand, MR. David Brown has mislead me. ALL THE WAY!

Respectfully

Name   Charles Eubanks

Dated   August 28, 2008