TO: Clerk of the United States District Court for the Northern District of Illinois

Fr: Charles O. Eubanks

Dt: August 29, 2008

**FILED**

SEP 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: United States v. Eubanks Case No. 07-CR-50058

Dear Clerk;

I'm writing you directly for the purpose of making this formal letter apart of the record in Case No. 07-CR-50058-1, where I personally requested counsel of record (Court Appointed) to file all listed motions before the court;

1) Motion to withdraw Plea (Affidavit included).
2) Motion to Supplement Motion to withdraw Plea.
3) Motion for Appointment of Independent Investigator.
4) Motion to Request for Judicial Notice and Federal Question.
5) Motion to Show Cause
6) Motion for First Amendment Petition
7) Motion to withdraw Counsel

When counsel of record failed to assist me in this endeavor and in the interest of justice, I filed all said motions pro se, counsel was full aware of all issues outlined therein, but still refused to aid me in pursuit of the Bill of Rights and Amendments outlined in the United States Constitution, to protect me from District Court violating said rights therefrom, which is the sole purpose for my actions to file all motions pro se.

RESPECTFULLY SUBMITTED

[signature]

Mr. Charles Eubanks
P.O. Box 219
Oregon Illinois, 61061

Important
LEGAL Mail !

Clerk of,
United States District
For
Northern District
211 S. Court Stre
Rockford Ill, 61

POSTAGE DUE $.80