## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1 | **DATE** | 9/11/2008 |
| **CASE TITLE** | USA vs. Charles Eubanks | | |

**DOCKET ENTRY TEXT:**

Defendant's pro-se motion to withdraw counsel [111] is construed by the court as a motion requesting new counsel. Sentencing hearing set for September 22, 2008 is cancelled. Defendant's motion requesting new counsel is entered and continued to an in court hearing on September 22, 2008 at 9:30 a.m. Defendant may not file any additional motions prior to the September 22, 2008 hearing.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

00:35

| | Courtroom Deputy Initials: | JT |
|---|---|---|