UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

NOTICE OF DOCKETING - Short Form

FILED
SEP 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

September 11, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| Appellate Case No: 08-3333 |
| --- |
| Caption:<br>UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br>v.<br>CHARLES O. EUBANKS, also known as CHUCKIE, also known as TROUBLE,<br>Defendant - Appellant |
| District Court No: 3:07-cr-50058-1<br>Court Reporter Mary Lindbloom<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Philip Reinhard<br><br>Date NOA filed in District Court: 09/10/2008 |

If you have any questions regarding this appeal, please call this office.

CC:

Mary Lindbloom

Michael W. Dobbins

form name: c7_Docket_Notice_short_form (form ID: 188)